1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   JENNIFER L. STENEBERG (State Bar #202985)
2  THOMAS E. FRANKOVICH,
   *A Professional Law Corporation*
3  2806 Van Ness Avenue
   San Francisco, CA 94109
4  Telephone:    415/674-8600
   Facsimile:    415/674-9900
5  Attorneys for Plaintiffs
   MARSHALL LOSKOT
6  and DISABILITY RIGHTS
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11
   MARSHALL LOSKOT, an individual; and  )   **CASE NO. C07-1537-CW**
12 DISABILITY RIGHTS, ENFORCEMENT,      )
   EDUCATION, SERVICES:HELPING YOU)         **STIPULATION AND [PROPOSED]**
13 HELP OTHERS, a California public benefit )  **ORDER EXTENDING TIME FOR**
   corporation,                          )   **DEFENDANTS PRADEEP KHATRI and**
14                                        )   **VIDYAGAURI K. KHATRI TO RESPOND**
           Plaintiffs,                    )   **TO COMPLAINT**
15                                        )
   v.                                     )
16                                        )
   UNIVERSITY INN; PRADEEP KHATRI;        )
17 VIDYAGAURI K. KHATRI;                  )
   RAJESHKUMAR KHATRI, and                )
18 HANSABEN RAJESHKUMAR KHATRI            )
                                          )
19                                        )
           Defendants.                    )
20 _____)

21
          Plaintiffs MARSHALL LOSKOT, an individual; and DISABILITY RIGHTS,
22
   ENFORCEMENT, EDUCATION, SERVICES:HELPING YOU HELP OTHERS ("DREES")
23
   through their undersigned counsel, and defendants PRADEEP KHATRI and VIDYAGAURI K.
24
   KHATRI, through their undersigned counsel, stipulate as follows:
25
   ///
26
   ///
27
   ///
28

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS PRADEEP KHATRI and VIDYAGAURI K
KHATRI TO RESPOND TO COMPLAINT                                              CASE NO.C07-1537-CW

1       1.     Defendants PRADEEP KHATRI and VIDYAGAURI K. KHATRI are granted an

2  extension of time to and including August 31, 2007, to answer or otherwise respond to plaintiffs'

3  complaint.

4       2.     In the event defendants PRADEEP KHATRI and VIDYAGAURI K. KHATRI,

5  file a motion in lieu of an answer to plaintiffs' complaint, the hearing on such motion shall be set

6  on a date no sooner than 45 days from the filing of said motion.

7  ///

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    3.    Defendants further stipulate that defendants will comply with any and all due

2  dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any

3  scheduling order issued by the court prior to the date on which defendants' responsive pleading is

4  due hereunder.

5    This Stipulation may be executed in faxed counterparts, all of which together shall

6  constitute one original document.

7    IT IS SO STIPULATED.

8

9  DATED:  August 15, 2007    THOMAS E. FRANKOVICH,
                              *A PROFESSIONAL LAW CORPORATION*

10

11

12                           By:  /s/ Thomas E. Frankovich
                                  Thomas E. Frankovich
                                  Attorneys for Plaintiffs MARSHALL LOSKOT and
13                                DISABILITY RIGHTS ENFORCEMENT,
                                  EDUCATION SERVICES: HELPING YOU HELP
14                                OTHERS

15
   DATED:  August 14, 2007    HANSON BRIDGETT MARCUS VLAHOS
16                            RUDY, LLP

17

18                           By:  /s/ Kevin D. Reese
                                  Kurt A. Franklin
19                                Kevin D. Reese
                                  Attorneys for Defendants PRADEEP KHATRI and
20                                VIDYAGAURI K. KHATRI

21
                            **O R D E R**
22
      IT IS SO ORDERED.
23

24        8/17
   DATED: _____, 2007
25                                      /s/  CLAUDIA WILKEN

26

27                         Claudia Wilken
                           United States District Court Judge
28

1    **CERTIFICATE OR PROOF OF SERVICE**

2    State of California            )
                                    ) ss
3    County of San Francisco        )

4        I, the undersigned, say: I am and was at all times herein mentioned, a resident of the
     United States, over the age of eighteen (18) years and not a party to the within action or
5    proceeding; that my business address is 2806 Van Ness Avenue, San Francisco, CA 94109-
     5460; that on the below date, following normal business practice, I served the foregoing
6    document, described as:

7    **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS**
     **PRADEEP KHATRI and VIDYAGAURI K. KHATRI TO RESPOND TO COMPLAINT**
8
     on the interested parties in this action, conveyed as follows:
9
     ☐    by depositing true copies thereof, enclosed in a sealed envelope, with postage thereon
10         fully prepaid:

11        ☒    in first class U.S. Mail
          ☐    in ___ priority or ____ standard overnight mail via Federal Express.
12
         I am readily familiar with this office's practice for collection and processing of
13   correspondence for mailing with the United States Postal Service or Federal Express.
     In the ordinary course of business, correspondence, including said envelope, will be
14   deposited with the United States Postal Service or Federal Express in San Francisco.

15   ☐    by transmitting via facsimile to the fax number(s) set forth below,

16   ☐    by causing personal delivery by Western Messenger Service,

17   ☐    by personal hand-delivery.

18   addressed to:

                                              Sean Riley
19   Kurt A. Franklin                         Fox Shjeflo Wohl & Hartley LLP
     Hanson Bridgett Marcus Vlahos & Rudy,    2000 Alameda de Las Pulgas, #250
20   LLP                                      San Mateo, CA 94403
     425 Market Street, 26th Floor
21   San Francisco, CA 94105

22
         I declare under penalty of perjury under the laws of the State of California that I am
23   employed in the office of a member of the bar of this court at whose direction the service was
     made, and that the foregoing is true and correct. Executed on August 15, 2007, at San
24   Francisco, California.

25                                    Maria V. Martinez
26                                    (Original signed)

27

28